# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|  |  |
|---|---|
| *In re OnePoint Patient Care, LLC.,* <br> *Data Breach Litigation* | : <br> : <br> : Case No. 3:24-cv-649-RGJ <br> : <br> : <br> : <br> : |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, Christopher Russo and Shannon Cobb, individually, and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for a Preliminary Approval Order[1]: (i) granting Preliminary Approval of the proposed class action Settlement; (ii) preliminarily certifying the Settlement Class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing Tyler J. Bean of Siri & Glimstad LLP, A. Brooke Murphy of Murphy Law Firm, Andrew W. Ferich of Ahdoot & Wolfson, PC, and Jeff Ostrow of Kopelowitz Ostrow P.A as Class Counsel; (v) appointing Epiq Class Action & Claims Solutions, Inc. as the Settlement Administrator; (vi) approving the Parties' proposed Notice and Notice Program and directing that Notice be given to the Settlement Class; (vii) approving the Claim Form and Claim Process; (viii) scheduling a Final Approval Hearing at which time the Court will consider the request for Final Approval of the Settlement and Class Counsel's Application for attorneys' fees, costs, and Service Awards; and (ix) granting such other relief and further relief as the Court deems just and proper.

---

[1] Capitalized terms herein shall have the same meanings as those defined in the section II of the Settlement Agreement, attached to the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

This Motion for Preliminary Approval is based upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and exhibits thereto, including the Settlement Agreement, Joint Declaration of Class Counsel, and all prior pleadings and proceedings properly before the Court.

Dated: May 23, 2025.                Respectfully submitted,

/s/ Jeff Ostrow
Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Leslie Pescia
Tyler J. Bean (*pro hac vice*)
**SIRI GLIMSTAD LLP**
101 North Seventh Street, #827
Louisville, KY 40202
Tel: 772-783-8463
Fax: 646-417-5967
lpescia@sirillp.com
tbean@sirillp.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Wills Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Tel: 405-389-4989
abm@murphylegalfirm.com

Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: 310-474-9111
Fax: 310-474-8585
aferich@ahdootwolfson.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jef Ostrow*
Jef Ostrow