**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| *In re: One Point Patient Care, LLC., Data Breach Litigation* | Case No. 3:24-cv-00649-RGJ<br>Judge Rebecca Grady Jennings<br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs, Christopher Russo and Shannon Cobb, individually, and on behalf of the putative class, respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final approval to the nationwide Class Action Settlement Agreement reached with Defendant OP Pharmacy, LLC a/k/a One Point Patient Care, LLC ("Defendant" or "OnePoint") and granting Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards. Plaintiffs are concurrently submitting a memorandum of law that addresses the final approval factors, a supporting declaration from the Settlement Administrator, and a Final Approval Order.

Class Counsel conferred with counsel for OnePoint, who confirmed that OnePoint does not oppose Final Approval and takes no position on the fee and Service Award requests.

Dated: August 10, 2026

Respectfully submitted:

*/s/Leslie Pescia*
Leslie Pescia
Tyler J. Bean*
**SIRI GLIMSTAD LLP**
101 North Seventh Street, #827
Louisville, KY 40202
Tel: 772-783-8463

lpescia@sirillp.com
tbean@sirillp.com

Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: 310-474-9111
aferich@ahdootwolfson.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Wills Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Tel: 405-389-4989
abm@murphylegalfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

*Co-Lead Class Counsel*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Leslie Pescia*
Leslie Pescia